**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE-OPELOUSAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIM. NO. 06-60063-01** |
| **VERSUS** | * | **JUDGE DOHERTY** |
| **KEITH WAYNE THERIOT** | * | **MAGISTRATE JUDGE HILL** |

**ORDER OF DETENTION**

A hearing was held on March 4, 2008, on the defendant's pre-trial release status. For the following reasons, the defendant is ordered **detained** pending trial.

**FINDINGS OF FACT**

The defendant is unlikely to abide by any condition or combination of conditions of pre-trial release.

**WRITTEN STATEMENT OF REASONS FOR DETENTION**

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence: (1) that the defendant was released pursuant to an Order setting conditions of release on March 21, 2007; (2) one of the conditions of the defendant's release was that he appear as required for all court appearances; (3) the defendant admitted, at the hearing herein, that he failed to abide by this condition.

Based on the above, I find that there is clear and convincing evidence that the defendant violated the terms of his pre-trial release, that the defendant is unlikely to abide by the conditions of his release and that there is no condition or combination of

conditions which will compel the defendant to abide by his conditions of his release.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, March 4, 2008.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE