```
                         UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF LOUISIANA
                              LAFAYETTE DIVISION
                                 in Lafayette


PRESENT:  HON. REBECCA F. DOHERTY , Judge, Presiding          Date: 4/22/08
          Cathleen Marquardt      , Court Reporter
          Christine Guidry        , Minute Clerk

COURT OPENED: 2:40 P.M.           COURT ADJOURNED: 3:15 P.M.. (35Min)
```
_____
                              **MINUTES OF COURT**
_____

CASE NO. **6:06CR60063-001**                    **X**   Defendant in custody
         Judge Doherty/Mag.Judge Methvin              Defendant on Bond, Bond cont'd
                                                      Bond set:
DEFENDANT: KEITH WAYNE THERIOT
                                                      Bond cancelled
GOVT. COUNSEL: Kelly P. Uebinger                      Failed to appear, warrant ordered

DEFENSE COUNSEL: Randal P. McCann

_____

 **X**   Case called for sentencing

After having considered the guideline range provided by the Sentencing Reform Act of 1984, and in particular the factors noted in 18 U.S.C. §3553 and all otherwise relevant sentencing consideration, it is the judgment of this Court that as to Count 1 of the Criminal Indictment the defendant is hereby sentenced to 60 months imprisonment. The court recommends to the Bureau of Prisons that the defendant receive credit for time served. The court also recommends to the Bureau of Prisons that the defendant be placed in a facility that would allow him to get the extensive drug counseling and treatment needed; the court recommends defendant participate in the 500 hour program. The court also recommends that the defendant be placed in a facility where he can obtain vocational training. The court has no object to the sentence for this offense to running concurrent with any state time imposed.

   Upon release from imprisonment, the defendant will be placed on supervised release for a period of 3 years with the standard conditions, mandatory conditions and special conditions as follows:

   1.) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of being placed on probation and at least two periodic drug tests thereafter, as directed by the probation officer as per the provisions of the 1994 Crime Control Bill, and any additional conditions as ordered by the probation officer, which may include, but are not limited to attendance at community-based support groups, participation in individual or group treatment and participation in a residential drug treatment program.

   2.) Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   3.) Pursuant to the Justice For All Act of 2004, the defendant shall cooperate in the collection of his DNA.

   4.) The defendant shall participate in inpatient or an outpatient program approved by the Probation Office for substance abuse which may include drug/alcohol testing and/or counseling.

   5.) The defendant shall make restitution to FEMA in the amount of $2,000. Payments are to be made payable to the U.S. Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083. Payments are to be made in monthly installments of not less that $100.00 per month to begin 30 days after commencement of supervised release.

   6.) The defendant shall pay a fine of $500.

Minutes of Court
April 22, 2008
Keith Wayne Theriot
6:06CR60063-001

Special assessment of $100 is imposed on the defendant pursuant to 18 U.S.C. § 3013.

IT IS FURTHER ORDERED that the defendant is to report to the United States Marshal to begin service of his sentence.

    X    Dismissed counts: 2 of the Criminal Indictment
    X    Defendant advised of right to appeal

_____
COMMENTS:

    Special assessment of $100 is imposed on the defendant pursuant to 18 U.S.C. § 3013 has been paid in full. The defendant shall pay his restitution first and then his fine.

    The government's motion to dismiss Count 2 of the Criminal Indictment is GRANTED without objection.

    The defendant is remanded to the custody of the United States Marshal to begin service of his sentence.