RECEIVED
BY
JAN 04 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

6:06-60063-01

| AFFIDAVIT | ) UNITED STATES |
| --- | --- |
| | ) OF AMERICA |
| OF | ) |
| | ) STATE OF LOUISIANA |
| DISTINCTION | ) |
| | ) PARISH OF VERMILION |

## AFFIDAVIT

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the Parish and State aforesaid, personally came and appeared:

*Daniel Keith Theriot*, married to Connie Ann Darby whose mailing address is 609 DKT ~~613~~ East Milton Avenue, Lafayette, Louisiana 70508), who after being duly sworn, deposed as follows:

I, Daniel Keith Theriot, being of sound mind acknowledge and understand that any intentional falsification of information I am about to provide shall subject me to penalties for the crime of injuring public records and false swearing.

My full name is: Daniel Keith Theriot

I am 55 years old and I was born on the 24th day of September, 1954.

The last four digits of my social security number are xxx-xx-5024.

I presently reside at: 609 East Milton Drive, Lafayette, Louisiana

My previous addresses for the preceding 10 years were

(1) Same as Above

(2)

My employer is: Reamco

Located at: 1149 Smede Hwy, Broussard Louisiana 70518

My occupation is: Pipe Fitter

My marital status is: Connie Ann Darby Theriot (xxx-xx-2837)

I hereby affirm and attest, under penalty of law, that I am not the same person as the debtor or debtors named in the following described recorded judgments, liens, privileges or mortgages:

>Department of Justice
>Notice of Lien for fine and/or restitution
>Imposed pursuant to the Anti-Terrorism and effective
>Death Penalty act of 1998
>
>Recorded in the conveyance records of the Lafayette Parish Clerk of Court records under # 2008_20821.
>
>Recorded on behalf of The Western District of Louisiana
>   Court number – 06-60063-001

Thus done, read and signed at Abbeville, LA, State of Louisiana, on this day 30th of December, 2009.

WITNESSES:

AFFIANT:
Daniel Keith Theriot

NOTARY
# 60841